## L. G. DeFelice & Son, Inc. *v.* Town of Wethersfield

The motion by the plaintiff to amend its assignment of errors in the appeal from the Court of Common Pleas in Hartford County is dismissed. Since it appears that the case is not yet ready for assignment, the filing of the motion is unnecessary. See Practice Book § 710.

*Joseph F. Weigand, Jr.,* in support of the motion.

Submitted November 29—decided November 30, 1971

## Lomas & Nettleton Company *v.* Edmond Cadoux et al.

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Melvin J. Silverman,* for the appellee (plaintiff).

*Stephen M. Seelig,* for the appellant (defendant Homestead Lumber, Inc.).